IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES EDWARD COLEMAN                                                              PLAINTIFF

v.                                        No. 3:06CV00102 GH

GREENE COUNTY, ARKANSAS                                                          DEFENDANT

### ORDER

On June 15th, plaintiff filed a motion to proceed in forma pauperis ("IFP") and a pro se complaint. The IFP motion reflects that plaintiff is not currently employed, has not received any money from any source within the past twelve months and does not have any money or ownership in any valuable property. As it is clear that plaintiff must be receiving money or some type of support from some source(s) in order to obtain housing, food, clothing, and telephone as well as other necessities of life, plaintiff is directed to file a supplemental IFP motion that addresses the Court's concerns about the source(s) of his financial support within thirty (30) days of the file-date of this order. Plaintiff is placed on notice that the failure to comply with this directive will result in dismissal of the complaint without prejudice.[1] The Clerk will provide plaintiff with a blank IFP motion.

---

[1] Plaintiff is reminded that Local Rule 5.5(c)(2) provides:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

-1-

In addition, the entire substance of the complaint alleges "me and my brother were incarcerated when we got into an comfrontation [sic] with 2 white males and the police were helping the white males" and "I'm sueing [sic] them for 30,000 due to hospital fees, pain and suffering and racial prejudice." Plaintiff is directed to file an amended complaint, within 30 days from the file-date of this order, that provides more details such as the names of the police that were involved in the alleged incident, the date of the alleged incident, how those individuals were "helping" the white males, and the injuries plaintiff allegedly suffered. Plaintiff is again placed on notice that the failure to comply with this directive will result in dismissal of the case without prejudice.

IT IS SO ORDERED this 26th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE