IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


JAMES EDWARD COLEMAN                                                                    PLAINTIFF


v.                                              No. 3:06CV00102 GH


GREENE COUNTY, ARKANSAS                                                           DEFENDANT


### ORDER

By order filed on July 7th and entered on the docket on July 10th, the Court directed plaintiff

to file an amended complaint, within 30 days of the file-date of that order, stating the date of the

alleged incident, the names – if known – of the two police officers and three white men involved in

the alleged incident, what each of those individuals is alleged to have done to plaintiff, and the

injuries that plaintiff allegedly suffered.  Plaintiff was once again placed on notice that the failure

to comply with that directive would result in dismissal of the case without prejudice.

More than 30 days have elapsed and plaintiff has failed to file the amended complaint as

directed.  Accordingly, the case is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 15th day of August, 2006.


_George Howard, Jr_
UNITED STATES DISTRICT JUDGE